■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN TUITT, Appellant. [54 NYS3d 853]—

Order, Supreme Court, Bronx County (John S. Moore, J.), entered on or about March 13, 2015, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in following the Board of Examiners of Sex Offenders' strong recommendation

for an upward departure based on the seriousness and extent of defendant's repeated sex crimes against children, which were not adequately accounted for in the risk assessment instrument, and which demonstrated a threat to public safety that outweighed the mitigating factors cited by defendant (*see generally People v Gillotti*, 23 NY3d 841, 861 [2014]). Concur— Tom, J.P., Richter, Manzanet-Daniels, Mazzarelli and Gische, JJ.